Michael Freiman, Esq. (SBN 280716)
Law Office of Michael Freiman
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 917-1022
mike@employlegal.com

Attorney for Plaintiff SASHA LINCOLN-FREED

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SASHA LINCOLN-FREED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02329-TLN-JDP<br>(Removed from San Joaquin County Superior Court, Case No. STK-CV-UOE-2026-0003968)<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Jeremy D. Peterson<br>Complaint Filed: May 27, 2026<br>Removed: July 1, 2026<br>Trial Date: None Set |

The Court, having reviewed the Parties' Joint Stipulation to Modify the Initial Pretrial Scheduling Order and for Leave to File First Amended Complaint (the "Stipulation") and the supporting Declaration of Michael Freiman, and good cause appearing, HEREBY ORDERS as follows:

1. The Stipulation is APPROVED.

2. Section II of the Initial Pretrial Scheduling Order (ECF No. 3) is modified for good cause under Federal Rule of Civil Procedure 16(b)(4) to permit the filing of the First Amended Complaint.

3. Plaintiff is granted leave to file the First Amended Complaint in the form attached as Exhibit A to the Stipulation. Plaintiff shall file and serve the First Amended Complaint within five (5) days of the date of this Order.

4. Defendants shall respond to the First Amended Complaint within fourteen (14) days after it is filed and served, without waiving any of their objections and defenses to the First Amended Complaint.

IT IS SO ORDERED.

DATED: October 22, 2026

Troy L. Nunley
Chief United States District Judge